St. Louis v. Glue Co.

THE CITY OF ST. LOUIS v. TAMM BROTHERS' GLUE COMPANY, *Appellant.*

Division Two, June 8, 1897.

The case of *City of St. Louis v. Meyrose Lamp Manufacturing Company,* *ante,* p. 560, followed and affirmed.

*Appeal from St. Louis Court of Criminal Correction.* HON. DAVID MURPHY, Judge.

AFFIRMED.

*Charles F. Joy* and *B. D. Kribben* for appellant.

*W. C. Marshall* for respondent.

SHERWOOD, J.—This case in all of its essential incidents is like that of *City of St. Louis v. Meyrose Lamp & Mfg. Co.* decided at the present term, and for like reasons, judgment affirmed.    All concur.